Argued July 25, decided July 29, 1913.

## SCAIEFE *v.* SCAIEFE.

(133 Pac. 1198.)

From Lane: LAWRENCE T. HARRIS, Judge.

This is a suit by Benjamin F. Scaiefe against Sarah E. Scaiefe to dissolve a marriage contract. From a decree in favor of plaintiff, the defendant appeals.

                                        AFFIRMED.

For appellant there was a brief, with oral arguments by *Mr. Lark Bilyeu* and *Mr. G. F. Skipworth.*

For respondent there was a brief over the names of *Thompson & Hardy,* with an oral argument by *Mr. Charles A. Hardy.*

Department 1.  MR. JUSTICE BURNETT delivered the opinion of the court.

In this suit for a divorce on the ground of cruel and inhuman treatment, rendering the plaintiff's life burdensome, the Circuit Court, after a full hearing, found against the resistance of the defendant and granted the plaintiff a divorce, providing in the decree that he should pay for the support of the defendant and the minor children of the parties $95 per month, and that neither party should recover costs or disbursements. On the appeal of the defendant from this decree, a careful reading of the entire testimony reveals the time-old story of jealousy poisoning the fountain of connubial happiness.  Who is at fault is a pure question of fact, which has been determined adversely to defendant by a judge whose ability, experience and probity are worthy of great confidence.  Without recounting the details of this domestic calamity, suffice it to say that we see no reason to disturb the decree of the Circuit Court.  It is therefore affirmed.

AFFIRMED.

MR. CHIEF JUSTICE McBRIDE, MR. JUSTICE MOORE and MR. JUSTICE RAMSEY concur.